

**NUMBERS 13-08-00060-CR & 13-08-00061-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JAMES PORIS,**                                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

---

### On appeal from the 347th and 319th District Courts
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, James Poris, attempts to appeal his convictions for aggravated assault and escape. The trial court has certified that each appeal "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On January 25, 2008, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant

has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On April 4, 2008, counsel filed a letter brief with this Court. Counsel's response does not establish that the certification currently on file with this Court is incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see also* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, these appeals are DISMISSED. Any pending motions are denied as moot.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b)

Memorandum Opinion delivered and
filed this the 12th day of June, 2008.